# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RICHARD J. WIEGEL,

    Plaintiff(s),

v.                                                   CASE NO.  8:16-cv-233-T-26TBM

CITIGROUP INC., *d/b/a*
CITIBANK, N.A.,

    Defendant(s).
_____/

# O R D E R

The Court has been advised by **[6] Notice of Settlement** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  The clerk is directed to term any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on March 21, 2016.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record